IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC ERNST, | No. 4:21-CV-01702 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNION COUNTY CONSERVATION DISTRICT, | |
| Defendant. | |

## ORDER

JUNE 10, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss Count III of the Complaint (Doc. 9) is **DENIED**. Consistent with Federal Rule of Civil Procedure 12, the Defendants are directed to file an Answer by July 1, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge