UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC ERNST, | ) | CIVIL ACTION NO. 4:21-CV-1702 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| UNION COUNTY CONSERVATION | ) | |
| DISTRICT *et al.*, | ) | |
| Defendants | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment, (Doc. 43), is GRANTED in part and DENIED in part as follows:

(1) Defendants' Motion for Summary Judgment on Plaintiff's ADEA and PHRA claims is DENIED;

(2) Defendants' Motion for Summary Judgment on Plaintiff's PWBL claim is GRANTED.

Date: December 27, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge