IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC ERNST**<br><br>Plaintiff,<br><br>v.<br><br>**UNION COUNTY CONSERVATION DISTRICT**<br><br>Defendant. | Case No. 4:21-cv-01702-MWB<br><br>JURY TRIAL DEMANDED<br><br>*Electronically Filed* |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully Submitted,

McNERNEY, PAGE, VANDERLIN & HALL
By: /s/Thomas C. Marshall, Esq
Thomas C. Marshall, Esq.
433 Market Street
P.O. Box 7
Williamsport, PA 17701
tmarshall@mpvhlaw.com
*Attorneys for Defednant*

McQUAIDE BLASKO, INC.

By: /s/Philip K. Miles III, Esq
Philip K. Miles III, Esquire
Pa. I.D. No. 209425
pkmiles@mqblaw.com
811 University Drive
State College, PA 16801
(814) 238-4926
*Attorneys for Plaintiff*

Dated: June 2, 2025

Dated: June 2, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC ERNST**<br><br>Plaintiff,<br><br>v.<br><br>**UNION COUNTY CONSERVATION DISTRICT**<br><br>Defendant. | Case No. 4:21-cv-01702-MWB<br><br>JURY TRIAL DEMANDED<br><br>*Electronically Filed* |

## CERTIFICATE OF SERVICE

I, Philip K. Miles III, hereby certify that true and correct copies of the Joint Stipulation of Dismissal with Prejudice in the above-captioned matter were served via ECF and/or U.S. First-Class Mail on this 2nd day of June, 2025, on the following counsel of record:

Thomas C. Marshall, Esq.
McNERNEY, PAGE, VANDERLIN & HALL
P.O. Box 7
433 Market Street
Williamsport, PA 17701
tmarshall@mpvhlaw.com

Respectfully submitted,

McQUAIDE BLASKO, INC.

By: <u>/s/Philip K. Miles III, Esq</u>
    Philip K. Miles III, Esquire
    Pa. I.D. No. 209425
    pkmiles@mqblaw.com
    811 University Drive
    State College, PA  16801
    (814) 238-4926
    *Attorneys for Plaintiff*